

# NUMBER 13-21-00417-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF ALAMO,                                                                      Appellant,

v.

JERONIMO IBARRA FLORES,                                                    Appellee.

## On appeal from the County Court at Law No. 9
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Benavides

Appellant City of Alamo (City) perfected an interlocutory appeal from the denial of a plea to the jurisdiction on November 29, 2021. The City and appellee Jeronimo Ibarra Flores have since filed a joint motion to dismiss the appeal, informing the Court that the parties have settled the underlying dispute and wish for the appeal to be dismissed.

In accordance with the joint motion signed by the parties' attorneys, the Court grants the motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to their agreement, each party will bear their own costs. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
30th day of June, 2022.